Luria, on the ground that the transactions with them did not constitute loans, but sales of an interest in the estate. I also dissent from the affirmance of so much of the judgment as adjudges the purchases of jewelry from the defendant Silverman to have been usurious transactions.

MURTHA, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Mary Murtha against the Central Park, North & East Railroad Company. C. H. Tuttle, of New York City, for appellant. F. J. Hogan, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and CLARKE, JJ., dissent.

MYERS, Appellant, v. CHANDLER, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Florence M. Myers against Walter M. Chandler. J. A. Gray, of New York City, for appellant. F. C. Scofield, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NEAL et al. In re CIVIL REMEDIES ASS'N. (Supreme Court, Appellate Division, First Department. July 11, 1912.) In the matter of Elbridge H. Neal and others. In the matter of the Civil Remedies Association. No opinion. See memorandum.

NEAL, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Sarah C. Neal against Ancell H. Ball and others. S. Fine, of New York City, for appellant. A. D. Kenyon, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEALON, Respondent, v. SOUTH BUFFALO RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by John J. Nealon against the South Buffalo Railway Company, impleaded with others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs. Held that, upon the facts disclosed by the record, the plaintiff was not entitled to a bill of particulars.

ROBSON, J., dissents.

NEWCOMB, Appellant, v. LA ROE, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Warren P. Newcomb, as executor, against Jeanne La Roe. B. Patterson, of New York City, for appellant. N. L. Robinson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW ENGLAND THEATERS CO., Respondent, v. WORKINGMEN'S CO-OP. PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by the New England Theaters Company against the Workingmen's Co-operative Publishing Company. S. J. Block, of New York City, for appellant. W. T. Kohn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

NEW YORK TIMES CO. v. LICHTENSTEIN. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the New York Times Company against Julius Lichtenstein. No opinion. Application denied, with $10 costs. Order signed.

NICHOLS, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by John H. Nichols against Charles W. Henderson. No opinion. Judgment unanimously affirmed, with costs.

In re NORTH RIVER STEAMBOAT CO. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) In the matter of the application of the North River Steamboat Company for a license to keep and maintain a ferry. From an order the North River Ferry Company appeals. (Appeal No. 1.) No opinion. Order affirmed, with $10 costs and disbursements.

In re NORTH RIVER STEAMBOAT CO. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) In the matter of the application of the North River Steamboat Company for a license to keep and maintain a ferry. From an order the North River Ferry Company appeals. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements.

In re NORTH RIVER STEAMBOAT CO. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) In the matter of the application of the North River Steamboat Company to extend its corporate existence. From an order the North River Ferry Company appeals. No opinion. Order affirmed, with $10 costs and disbursements.

NORTH SHORE BUILDING LOAN & SAVINGS ASS'N v. REID et al. (Supreme Court, Appellate Division, Second Department.